UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

NICOLETTE A. DAVIS-YOUNG,

Plaintiff,

v.

U S WEST COMMUNICATIONS, INC.,

Defendant.

Court File No. 00-CV-1853 DSD/JMM

**STIPULATION AND ORDER TO FILE AMENDED COMPLAINT**

---

The parties/counsel identified below hereby stipulate that plaintiff shall be allowed to file a properly captioned and pleaded Amended Complaint that is comprised solely of the allegations set forth in plaintiff's Amended Statement of Claim. Plaintiff will file and serve her Amended Complaint within ten days of the filing of this Stipulation and Order, no later than October 23, 2000. JMM

Date: October 2, 2000

Nicolette A. Davis-Young

Nicolette A. Davis-Young
6145 Chasewood Pkwy #204
Minnetonka, Minnesota 55343
Telephone: (612) 935-2508

**PLAINTIFF - PRO SE**

Date: September 29 2000

Kathleen M. Mahoney (#66588)
Andrew S. Hansen (#0285894)
OPPENHEIMER WOLFF & DONNELLY LLP
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 607-7000

**ATTORNEYS FOR DEFENDANT**

FILED OCT 13 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____________
DEPUTY CLERK ____________

**IT IS SO ORDERED:**

Date: 10/12/00

BY THE COURT

The Honorable John M. Mason
United States Magistrate Judge