UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

NICOLETTE A. DAVIS-YOUNG, CIVIL NO. 00-1853 (JMM)

Plaintiff,

v. ORDER

U.S. WEST COMMUNICATIONS, INC.,

Defendant.

By Stipulation and Order filed October 10, 2000, Plaintiff was allowed to file an Amended Complaint herein [Docket No. 10]. On October 17, 2000, Plaintiff mailed to the undersigned a document captioned "Amended Statement of Claim," which will be filed with the Clerk of Court today.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. The Amended Statement of Claim shall serve as the Amended Complaint of Plaintiff herein.

2. Defendant shall respond to the Amended Complaint no later than November 6, 2000.

Dated: October 23, 2000

JOHN M. MASON
United States Magistrate Judge

FILED OCT 23 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________