UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

NICOLETTE A. DAVIS-YOUNG,

Plaintiff,

v.

US WEST COMMUNICATIONS, INC.

Defendant.

CIVIL NO. 00-1853 (JMM)

NOTICE OF ASSIGNMENT
OF CASE FOR TRIAL

No later than April 13, 2001, the following shall be filed:

1. All materials required to be filed by the Federal Rules of Civil Procedure and the Local Rules of this Court;

2. All motions in limine; and

3. A trial memorandum setting forth: the facts which each party expects to prove, the legal and factual issues to be resolved, and the controlling legal authority; evidentiary issues and applicable legal authorities; and the estimated time required for the entire trial, including final arguments.

A final pretrial conference will be held with Plaintiff and trial counsel on April 18, 2001, at 2:00 p.m. in Courtroom 628B, Federal Courts Building, 316 North Robert Street, St. Paul, Minnesota, pursuant to the provisions of Rule 16(d) of the Federal Rules of Civil Procedure.

Plaintiff and trial counsel shall meet with the undersigned in chambers on April 25, 2001 at 9:00 a.m. The matter is set for a court trial as a day certain to commence on April 25, 2001 at 9:30 a.m. in Courtroom 628B, Federal Courts Building, 316 North Robert Street, St. Paul, Minnesota.

Dated: February 22, 2001

JOHN M. MASON
United States Magistrate Judge

FEB 22 2001