UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

NICOLETTE A. DAVIS-YOUNG,

Plaintiff,

v.

U.S. WEST COMMUNICATIONS, INC.,

Defendant.

Civil No. 00-1853 JMM

NOTICE OF FINAL SETTLEMENT CONFERENCE

---

The above-referenced case is assigned to Magistrate Judge John M. Mason for trial. A settlement conference will be held on March 28, 2001, at 2:00 p.m., in Room 638 Federal Courts Building, 316 North Robert Street, St. Paul, Minnesota, before the undersigned United States Magistrate Judge.

Counsel who will actually try the case and each party, armed with full settlement discretion, shall be present. If individuals are parties to this case, they shall be present. If a corporation or other collective entity is a party, a duly authorized officer or managing agent of that party shall be present. This means that each party must attend through a person who has the power to change that party's settlement posture during the course of the conference. If the party representative has a limit, or "cap" on his or her authority, this requirement is not satisfied. If an insurance company is involved, the responsible agent must be present.

In order to encourage the parties to address the issue of settlement on their own, the parties must confer with one another at least seven (7) days prior to the date of the settlement conference, to engage in a full and frank discussion of settlement.

Filed MAR - 9 2001
Francis E. Dosal, Clerk
Judgment Entered ___________
Deputy Clerk's Initials ___________

If the case does not settle, each party shall submit to the undersigned at least three (3) days before the date of the settlement conference a confidential letter setting forth their respective settlement positions before the meeting, their respective positions following the meeting and a reasoned, itemized analysis justifying their last stated settlement position.

Dated: 3/9/01

ARTHUR J. BOYLAN
United States Magistrate Judge