UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

NICOLETTE A. DAVIS-YOUNG, CIVIL NO. 00-1853 (JMM)

Plaintiff,

v. ORDER

U.S. WEST COMMUNICATIONS, INC.,

Defendant.

On March 16, 2001, the Parties advised the Court that the above matter had been settled, and that the Parties would be forwarding an executed Stipulation of Dismissal shortly. A Stipulation of Dismissal has not been filed with the Court.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that a Stipulation of Dismissal shall be filed on or before May 25, 2001. If no Stipulation of Dismissal is filed by that date, the Parties and their trial counsel shall appear in person before the undersigned on May 29, 2001 at 1:30 p.m. in Courtroom 628B, Federal Courts Building, 316 North Robert Street, St. Paul, Minnesota for a pretrial conference.

Dated: May 18, 2001

JOHN M. MASON
United States Magistrate Judge

FILED MAY 21 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK