UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

NICOLETTE A. DAVIS-YOUNG,

Plaintiff,

v.

U S WEST COMMUNICTIONS, INC.,

Defendant.

Civil Action No. 00-CV-1853 DSD/JMM

**STIPULATION AND ORDER FOR DISMISSAL**

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, that this action, and all claims asserted herein or which could have been asserted against U S WEST Communications, Inc., may be fully dismissed with prejudice on the merits without further cost to any party.

Dated: 5-22-01

NICOLETTE A. DAVIS-YOUNG

Dated: 5-24-01

OPPENHEIMER WOLFF & DONNELLY LLP

By: Kathleen M. Mahoney (#66588)
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 607-7000
Facsimile: (612) 607-7100

**ATTORNEYS FOR DEFENDANT**

**IT IS SO ORDERED:**

Dated: 5/28/, 2001

BY THE COURT:

The Honorable ~~Arthur J. Boylan~~ John M. Mason
United States Magistrate Judge
28 USC § 636(c)

MAY 29 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK